

Phillips & Associates, Attorneys At Law, PLLC
45 Broadway, Suite 620
New York, NY, 10006
Tel: 212-248-7431
Fax: 212-901-2107

October 19, 2015

**By eFile**

Clerk's Office
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

    Re:    Herminio Torres v. Don-Glo Auto Service Center of Manhattan II, Inc., et al.
           Docket No.: 15-2165
           Local Rule 31.2 Scheduling Request

Dear Sir or Madam:

We represent Plaintiff-Appellee, Herminio Torres ("Appellee"). Pursuant to Local Rule 31.2, Appellee requests a deadline of **December 18, 2015** – 91 days after the filing of appellants' opening brief – to file his brief.

           Respectfully submitted,

           /s/ Alex Umansky
           Alex Umansky, Esq.

Cc:    Steven J. Harfenist (via ECF)